# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **TABITHA WASHINGTON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:11-cv-00097** |
| **WOLFGANG PUCK WORLDWIDE, INC.,** | § | |
| **W.P. APPLIANCES, INC., and** | § | |
| **W.P. PRODUCTIONS, INC.,** | § | |
| | § | |
| **Defendants.** | § | |

## JUDGMENT AND ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal filed herein on behalf of Plaintiff, Tabitha Washington, and Defendants, W.P. Appliances, Inc. and W.P. Productions, Inc.

IT IS ORDERED, ADJUDGED AND DECREED that the claims in the captioned matter be and it is hereby DISMISSED against W.P. Appliances, Inc. and W.P. Productions, Inc., with prejudice, with the parties bearing their own attorney fees and costs.

Signed on this ____ day of _____, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

07590.2916 / 1503510.1

1