IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TABITHA WASHINGTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:11-cv-00097 |
| WOLFGANG PUCK WORLDWIDE, INC., | § | |
| W.P. APPLIANCES, INC., and | § | |
| W.P. PRODUCTIONS, INC., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT AND ORDER OF DISMISSAL

Considering the foregoing Stipulation of Dismissal filed herein on behalf of Plaintiff, Tabitha

Washington, and Defendants, W.P. Appliances, Inc. and W.P. Productions, Inc.

IT IS ORDERED, ADJUDGED AND DECREED that the claims in the captioned matter be

and it is hereby DISMISSED against W.P. Appliances, Inc. and W.P. Productions, Inc., with

prejudice, with the parties bearing their own attorney fees and costs.

Signed on this 10 day of October , 2012.


_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

07590.2916 / 1503510.1                                    1